**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2287

SALIL V. DESAI,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.  Richard L. Voorhees,
District Judge.  (CA-03-93)

Submitted:  February 28, 2005          Decided:  March 28, 2005

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Salil V. Desai, Appellant Pro Se.  Dino Lucio Trubiano, SOCIAL
SECURITY ADMINISTRATION, Boston, Massachusetts, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Salil V. Desai appeals the district court's order affirming the Commissioner of Social Security's decision denying Social Security Disability and Supplemental Security Income benefits. We must uphold the district court's disability determination if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2000); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Desai v. Commissioner of Social Security, No. CA-03-93 (W.D.N.C. Aug. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED